**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 388**

In the Matter of

Riyad Alghaben

v.

Hunter Warfield, Inc.

Case Number:

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Riyad Alghaben

| | |
|---|---|
| NAME (Type or print) Larry P. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Larry P. Smith | |
| FIRM Larry P. Smith & Associates, Ltd. | |
| STREET ADDRESS 205 N. Michigan Ave., Suite 4000 | |
| CITY/STATE/ZIP Chicago IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6217162 | TELEPHONE NUMBER 312-222-9028 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |