IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RIYAD ALGHABEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-388 |
| | ) | |
| HUNTER WARFIELD, | ) | Judge Grady |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING MOTION TO DISMISS**

To:   Hunter Warfield, Inc.
      Attn: Legal Department
      3111 W. MLK Jr Blvd, 2nd Floor
      Tampa, FL 33607

PLEASE TAKE NOTICE that on March 4, 2008, there was filed in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of **Plaintiffs' Voluntary Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

By:   ___s/ Larry P. Smith_____
         Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, certify that I served this notice to the above named party or parties at the above referenced address on March 4, 2008, by 5:00 p.m. from 205 N. Michigan Ave, Chicago, Illinois 60601.

By:   ___/s Larry P. Smith_____
         Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue, 40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911